**Electronically Filed
Supreme Court
SCWC-23-0000498
19-JUN-2026
10:32 AM
Dkt. 16 OGAC**

SCWC-23-0000498

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

ROBERT G. GOMES, JR.,
Petitioner/Appellant-Appellant/Cross-Appellee,

vs.

EMPLOYEES' RETIREMENT SYSTEM, STATE OF HAWAI‘I,
Respondent/Appellee-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000498; CASE NO. 3CCV-22-0000347)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Johnson, assigned by reason of vacancy)

Petitioner Robert G. Gomes, Jr.'s Application for Writ of Certiorari, filed on April 23, 2026, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, June 19, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Ronald G. Johnson

